has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause is dismissed sua sponte.

**2006–0498. State Farm Mut. Auto v. Reid.**
Cuyahoga App. No. 87729. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due April 3, 2006, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause is dismissed sua sponte.

**2006–0502. State v. Moore.**
Cuyahoga App. No. 85828, 2006-Ohio-277. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant/cross-appellee's application for dismissal,

IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, the appeal is dismissed.

IT IS FURTHER ORDERED by the court that the cross-appeal remains pending.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2006–0268. Seven Seventeen HB Philadelphia No. 2 v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–A–1925.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 2, 2006*

[Cite as *05/02/2006 Case Announcements*, 2006-Ohio-2158.]

## MOTION AND PROCEDURAL RULINGS

**2005–1228. O'Connor v. Cleveland Clinic Found.**
Cuyahoga App. No. 84219, 161 Ohio App.3d 43, 2005-Ohio-2328. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellee's motion for a continuance of oral argument,

IT IS ORDERED by the court that the motion is denied.

**2005–1659. State v. Eash.**
Champaign App. No. 03–CA–34, 2005-Ohio-3749. This cause is pending before the court as an appeal from the Court of Appeals for Champaign County. Upon consideration of the joint motion of appellant and amicus curiae Ohio Attorney General for divided oral argument time,

IT IS ORDERED by the court that the motion is granted, and the amicus curiae shall share the time allotted to appellant.

**2005–2143. Sycamore Community School Dist. Bd. of Edn. v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2003–T–2131. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the parties' joint motion to remand this cause to the Board of Tax Appeals,

IT IS ORDERED by the court that the motion is granted and this cause is remanded to the Board of Tax Appeals to implement the settlement agreement of the parties.